IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NELLY HOME CARE, INC | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES OF AMERICA | : | NO. 15-439 |

| | | |
|---|---|---|
| NELLY LLC | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES OF AMERICA | : | NO. 15-444 |

ORDER

AND NOW, this 10th day of May, 2016, upon consideration of the consolidated motion for summary judgment (docket entry #13 in 15-CV-444) filed by plaintiffs Nelly LLC and Nelly Home Care, Inc. (collectively referred to as "Nelly") and the Government's response in opposition thereto (docket entry #22 in 15-CV-444), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Nelly's motion for leave to file a reply to the Government's response (docket entry #15 in 15-CV-439 and docket entry #23 in 15-CV-444) is GRANTED;

2. Nelly's motion for summary judgment is GRANTED;

3. Nelly shall FILE any request for reasonable costs and attorney's fees by noon on May 25, 2016, with the Government's response thereto due by noon on June 8, 2016; and

4. The Clerk of Court shall CLOSE case number 15-CV-444 statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.