# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NELLY HOME CARE, INC.** | : | **CIVIL ACTION** |
| v. | : | |
| **UNITED STATES OF AMERICA** | : | **NO. 15-439** |

___

| | | |
|---|---|---|
| **NELLY LLC** | : | **CIVIL ACTION** |
| v. | : | |
| **UNITED STATES OF AMERICA** | : | **NO. 15-444** |

## ORDER

**NOW**, this 19th day of April, 2017, upon consideration of the Plaintiffs' Consolidated Motion for an Award of Attorney's Fees and Costs Pursuant to 26 U.S.C. § 7430 (Document No. 26), the defendant's response, and the plaintiffs' reply, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.